UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| HOTELS UNION SQUARE MEZZ 1 LLC, | ) | Case No. 10-10971 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| UNION SQUARE REAL HOLDING CORPORATION, | ) | Adversary Proc. No. 10-50856 (KJC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOTELS UNION SQUARE MEZZ 1 LLC, HERBERT L. MILLER, JR., JAY EISNER, and KURT HACKETT, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Union Square Real Holding Corporation ("USRHC"), by its undersigned counsel, hereby moves (the "Motion"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 65 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7065 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), on an emergent basis for a temporary restraining order and preliminary injunction enjoining and restraining the above-captioned debtor, Hotels Union Square Mezz 1 LLC (the "Debtor"), the individuals purporting to act on its behalf, namely, defendants Herbert L. Miller, Jr. ("Miller"), Jay Eisner ("Eisner") and Kurt Hackett ("Hackett" and together with Miller and Eisner, the "Individual Defendants"), and those acting in concert with them, from (a) filing a petition under any chapter of the Bankruptcy Code with respect to the Debtor's

subsidiary, Hotels Union Square LLC (the "Hotel Owner"), and (b) encouraging or causing any person to file a petition under any chapter of the Bankruptcy Code with respect to the Hotel Owner. The bases for and the facts and circumstances supporting this Motion are set forth in (i) the *Verified Complaint,* (ii) the *Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction* and (iii) the *Declaration of Mark Bennett Troy in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction*, each filed contemporaneously with this Motion and incorporated herein by reference.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, USRHC respectfully requests that the Court: (i) enter a temporary restraining order pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7065, substantially in the form attached to this Motion as **Exhibit A;** (ii) upon further notice to the Debtor and the Individual Defendants and opportunity for a hearing, enter a preliminary injunction order against the Debtor, the Individual Defendants and any and all persons acting in concert with them; and (iii) grant such further relief as this Court deems just and proper.

Dated: Wilmington, Delaware
March 31, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Gregory W. Werkheiser
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
(302) 658-9200

-and-

Harvey A. Strickon
Jodi A. Kleinick
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for*
*Plaintiff Union Square Real Holding Corporation*

3480170