UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| HOTELS UNION SQUARE MEZZ 1 LLC, ) | Case No. 10-10971 (KJC) | |
| ) | | |
| Debtor. ) | | |
| ) | | |
| ) | | |
| UNION SQUARE REAL HOLDING ) | | |
| CORPORATION, ) | Adversary Proc. No. 10-50856 (KJC) | |
| ) | | |
| Plaintiff, ) | | |
| ) | **Telephonic Hearing: April 1, 2010 at 4:00 p.m.** | |
| v. ) | | |
| ) | **Re: Adv. D.I. 3 & 6** | |
| HOTELS UNION SQUARE MEZZ 1 LLC, ) | | |
| HERBERT L. MILLER, JR., JAY EISNER, ) | | |
| and KURT HACKETT, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

**NOTICE OF TELEPHONIC HEARING CONCERNING SCHEDULING
OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY
<u>RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

PLEASE TAKE NOTICE that on March 31, 2010, plaintiff Union Square Real Holding Corporation ("USRHC") filed, *inter alia,* USRHC's *Motion for Temporary Restraining Order and Preliminary Injunction* (Adv. D.I. 3) (the "Injunction Motion") and *Plaintiff's Emergency Motion for Expedited Hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction* (Adv. D.I. 6) (the "Scheduling Motion");

PLEASE TAKE FURTHER NOTICE that the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), per the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, has scheduled a telephonic hearing for **April 1, 2010, at 4:00 p.m. (prevailing Eastern time)** (the "Telephonic Hearing") to consider USRHC's request,

pursuant to the Scheduling Motion, to expedite proceedings insofar as the Injunction Motion seeks the entry of a temporary restraining order; and

**PLEASE TAKE FURTHER NOTICE that any party that wants to participate at the Telephonic Hearing must make arrangements to do through CourtCall prior to the commencement of the Hearing by telephone (866-582-6878) or facsimile (866-533-2946). Any party that fails to make prior arrangements through CourtCall may be prohibited from participating at the Hearing.**

Dated: Wilmington, Delaware
March 31, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Gregory W. Werkheiser
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
(302) 658-9200

-and-

Harvey A. Strickon
Jodi A. Kleinick
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for
Plaintiff Union Square Real Holding Corporation*

3481259